# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**RICHARD E. ENYART, JR.,**

        **Plaintiff,**

   **vs.**                         **CASE NO.  2:09-CV-687**
                                           **JUDGE SMITH**
                                           **MAGISTRATE JUDGE KING**

**SHERIFF JIM KARNES,** *et al.*,

        **Defendants.**

## ORDER

On November 10, 2010, the United States Magistrate Judge issued a *Report and Recommendation*, Doc. No. 69, recommending that plaintiff's motion for entry of default, Doc. No. 54, be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The plaintiff's motion for entry of default, Doc. No. 54, is **DENIED** and shall be removed from the Court's pending motions list.


      **IT IS SO ORDERED.**

                                         */s/ George C. Smith*
                                         **GEORGE C. SMITH, JUDGE**
                                         **UNITED STATES DISTRICT COURT**