IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD E. ENYART, JR.,**

      **Plaintiff,**

   vs.                                 Civil Action 2:09-CV-687
                                           Judge Smith
                                           Magistrate Judge King

**FRANKLIN COUNTY,** *et al.,*

      **Defendants.**

### ORDER

    Plaintiff has filed a motion to correct the case name, contending that his original complaint, Doc. No. 2, and all of his subsequent filings listed "Franklin County" as the first defendant, but that the Court's orders list "Sheriff Jim Karnes" as the first defendant.  Doc. No. 138, p. 1.  While plaintiff "does not question the correctness of the change [in the caption name] by the court as it is undoubtedly well founded[,]" plaintiff does ask that the Court "issue an order that all future pleadings relevant to the instant action contain the case name as captioned above [*Enyart v. Franklin County*], and for good cause contained herein."  *Id*.

    After reviewing the original complaint, Doc. No. 2, this Court agrees that Franklin County was the first defendant listed in that filing.

    **WHEREUPON**, plaintiff's motion to correct the case name, Doc. No. 138, is **GRANTED**.  The Clerk is **DIRECTED** to change the case caption on the docket to reflect the first defendant named in the original complaint, Doc. No. 2, *i.e.*, Franklin County.

<pre>
January 11, 2012                    s/Norah McCann King
    Date                           Norah McCann King
                              United States Magistrate Judge
</pre>