# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD E. ENYART, JR.,**

      **Plaintiff,**

vs.                                   Case No.: 2:09-cv-687
                                           **JUDGE SMITH**
                                           **Magistrate Judge King**

**FRANKLIN COUNTY,** *et al.***,**

      **Defendants.**

## ORDER

      On May 7, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendant Daniel Thacker's Motion to Dismiss, or in the alternative Motion for Summary Judgment be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

      The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendant Daniel Thacker's Motion to Dismiss is **DENIED** and his Motion for Summary Judgment is **DENIED WITHOUT PREJUDICE TO RENEWAL**.

              **IT IS SO ORDERED**.

                                                         */s/ George C. Smith*_____
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**