IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD E. ENYART, JR.,**

    Plaintiff,

vs.                                                                       **Case No.: 2:09-cv-687**
                                                                        **JUDGE SMITH**
                                                                        **Magistrate Judge King**

**SHERIFF JIM KARNES,** *et al.*,

    Defendants.

## ORDER

On September 26, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendants Daniel Thacker and Daniel Waldren's Motion for Summary Judgment (Doc. 192) be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendants' Motion for Summary Judgment is therefore **DENIED**.

The Clerk shall remove Documents 192 and 195 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                              */s/ George C. Smith*
                                                               **GEORGE C. SMITH, JUDGE**
                                                               **UNITED STATES DISTRICT COURT**